1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Lillian Franklin

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
Douglas J. Campion, Esq. (75381)
doug@djcampion.com
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2001
Facsimile: (619) 858-0034

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**LILLIAN FRANKLIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**

Plaintiff,

v.

**WELLS FARGO BANK, N.A.,**

Defendant.

**Case No.:** 14-cv-2349 MMA (BGS)

**NOTICE OF MOTION RE: UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**DATE:**      January 20, 2015
**TIME:**      2:30 p.m.
**COURTROOM:** 3A

**HON. MICHAEL M. ANELLO**

---

NOTICE RE: UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
14-cv-2349 MMA (BGS)

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2

    **PLEASE TAKE NOTICE** that on **January 20, 2015** at **2:30 p.m.** or as

3

soon thereafter as the matter may be heard in **Courtroom 3A** of the above

4

captioned Court located at 221 West Broadway, San Diego, CA 92101, Plaintiff

5

LILLIAN FRANKLIN ("Franklin") hereby moves the Court pursuant to Federal

6

Rule of Civil Procedure 23 for preliminary approval of the Class Action Settlement

7

reached in this case.  Specifically, through this Motion, Franklin moves, for

8

certification of a settlement class; appointment of class counsel and class

9

representatives; preliminary approval of the proposed Class Action Settlement;

10

and, approval of the Parties' proposed plan to provide notice to the class.  This

11

Motion is made on the following grounds:

12

       1.      The proposed Class satisfies the requirements of Rule 23 for

13

                   conditional certification for settlement purposes only;

14

       2.      The proposed settlement is the product of non-collusive

15

                   negotiations and is fundamentally fair, reasonable and adequate;

16

                   and hence, warrants preliminary approval.

    Defendant Wells Fargo Bank, N.A. ("Wells Fargo") does not oppose this

17

motion.

18

    This Motion is based on the accompanying Memorandum of Points and

19

Authorities, the exhibits attached thereto, all pleadings and papers on file in this

20

action and upon such other matters as the Court deems proper.

21

22

Dated: December 18, 2014               Respectfully submitted,

23

24

                          **KAZEROUNI LAW GROUP, APC**

25

26

               By: ___/s/ Abbas Kazerounian___

27

                   ABBAS KAZEROUNIAN, ESQ.
       ATTORNEY FOR PLAINTIFF, LILLIAN FRANKLIN

28

*KAZEROUNI LAW GROUP, APC*
*245 FISCHER AVENUE, UNIT D1*
*COSTA MESA, CA 92626*

---

NOTICE RE: UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT          1 OF 1        14-cv-2349 MMA (BGS)