# PLAINTIFF'S EXHIBIT 1B

Direct Mail Notice

_____

*In The Case Of*

***Lillian Franklin, Individually and on Behalf of All Others Similarly Situated,***

***v.***

***Wells Fargo Bank, N.A.,***

***14-cv-2349 MMA (BGS)***

**KAZEROUNI LAW GROUP, APC**
245 FISCHER AVENUE, UNIT D1, COSTA MESA, CA 92626
(800) 400-6808

**Back of post card:**

**What Is The Case About?:** The lawsuit claims that Wells Fargo Bank, N.A., ("Defendant" or "Wells Fargo"), violated a law called the Telephone Consumer Protection Act by calling cellphones without prior express consent using an automated telephone dialer during the Class Period November 1, 2009 to September 17, 2014 in an effort to collect on a consumer credit card account, Wells Fargo denies that it broke the law and denies doing anything wrong.

**Summary of the Settlement:** Under the Settlement, which must be approved by the Court, Wells Fargo has agreed to pay $14,550,198.00. After paying $5,000.00 in total incentive awards to the class representative, if approved by the Court, certain administrative expenses of $2,987,795.18, and attorneys' fees that the Court will be asked to approve (Class Counsel will seek attorneys' fees of no more than 25% of the $14,550,198.00 Settlement amount, or $3,637,549.50), and after paying the court-approved costs of litigating this lawsuit , no more than $15,000.00, the remainder of the Settlement Fund will be divided equally among Class Members who file approved claims. The details of the Settlement terms can be found at www.FranklinWellsfargoTCPA.com or by calling 1-800-___-____.

**Can I Get Money from the Settlement?** Yes, if you are a Class Member and do not request exclusion, you will be entitled to a portion of the Settlement Fund. How much each Class Member receives will depend on how many people make claims that are approved.

**How Do I Make A Settlement Claim?** You can make a claim by either: 1) calling 1-800-_____; 2) by making a claim online at www.FranklinWellsfargoTCPA.com or 3) by mailing a completed Claim Form downloaded from the Settlement website to the address of the Settlement Administrator The ILYM Group shown below. To make a claim, you will be required to provide 1) your name; 2) your current address for mailing a check; 3) the Claim ID number on this postcard, if you were mailed a postcard; and 4) if you were part of a group of class members not identifiable from Wells Fargo's records and therefore did not receive a postcard, your cell phone number to confirm you are a class member.

**Do I Have a Lawyer?** Yes. The Court has appointed the following lawyers to represent Class Members. Joshua Swigart, Hyde & Swigart, 2221 Camino Del Rio South, Suite 101, San Diego, California 92108, Douglas J. Campion, Law Offices of Douglas J. Campion, APC,409 Camino Del Rio South, Suite 303, San Diego, California 92108 and Abbas Kazerounian, the Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1 Costa Mesa, CA 92626. The lawyers will be paid from the Settlement Fund.

**What Should I Do?** You should get more information about the Settlement to make a decision about what you should do. Basically, as a Class Member, you have three options:
(1) You can submit a Claim to the Settlement Administrator to request a share of the Settlement Fund by MONTH DAY, 2015. If the settlement is approved, you will be bound by the Court's decisions in the lawsuit. You will not have the right to sue separately about the issues in the lawsuit.
(2) You can remain a Class Member but object to the Settlement. To do so you must send a letter (not an email) identifying yourself as a Class Member and explaining why you object. Your objection must be sent to Class Counsel, defense counsel and the Court and be postmarked no later than MONTH DAY, 2015. You may choose to pay for and be represented by a lawyer who may send the objection for you. See the website for additional requirements if you intend to appear at the hearing.
(3) You can exclude yourself from the Settlement, and be able to sue Wells Fargo about the issues in the lawsuit, by mailing a request form to the Settlement Administrator (not the Court). You must state in writing your name, address and telephone number and state that you want to be excluded from the settlement. That request must be postmarked no later than MONTH DAY, 2015.

**Scheduled Hearing**: The U.S. District Court, Southern District of California, located at 221 West Broadway, San Diego, CA 92101, will conduct a hearing on whether to give final approval to the Settlement, and if so, will determine what fees and expenses should be awarded to Class Counsel and whether $5,000 in total incentive payments, should be awarded to the Class Representative that brought this action. The hearing is presently scheduled for _____, 2015, but may be changed without notice. Any Settlement Class Member may appear at this hearing with or without an attorney.

**For more information, contact the Settlement Administrator:**
Visit: www.FranklinWellsfargoTCPA.com Call: 1-800-___-____
Or Write: Wells Fargo Cellphone Settlement, c/o ILYM Group, P.O. Box XXXX, _____, CA _____.
**Para ver este aviso en español, visite *www._____.com***

**Address Side of Card:**

**LEGAL NOTICE
Franklin v. Wells Fargo Bank N.A.**
Case No. 14-cv-2349-MMA-BGS

**If You Received a Cellphone call from
Wells Fargo Using An Automatic Telephone Dialing
System Between November 1, 2009 through September 17, 2014**

**Your rights could be affected by a
class action settlement**

A settlement has been proposed in those lawsuits named above,
which are pending in the United States
District Court for the Southern District of California ("Court").

**Who Is Included?**

You are included in the Settlement as a "Class Member" if
(1) you live in the United States and (2) you received one or
more calls to your cellular telephone from  Wells Fargo Bank, N.A.
in connection to collection of a credit card debt from November 1, 2009
through September 17, 2014

*NSTR1-1234567*
John Doe
123 Main Street
Los Angeles, CA 91111