# PLAINTIFF'S EXHIBIT 1C

Publication Notice

_____

*In The Case Of*

**Lillian Franklin, Individually and on Behalf of All Others Similarly Situated,**

**v.**

**Wells Fargo Bank, N.A.,**

**14-cv-2349 MMA (BGS)**

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1, COSTA MESA, CA 92626
(800) 400-6808

LEGAL NOTICE

# If you received a call on a cellphone from or on behalf of Wells Fargo, you could be entitled to benefits under a class action settlement.

### WHAT IS THIS CASE ABOUT?

A proposed settlement of a class action entitled *Lilian Franklin, individually and on behalf of all others similarly situated vs. Wells Fargo Bank N.A.,* Case No. 14 CV 2349 MMA BGS, has been reached in United States District Court for the Southern District of California.

Plaintiff claims, among other things, that Wells Fargo and its vendors placed calls to cellular telephones using an automatic telephone dialing system in violation of federal law. Wells Fargo denies any wrongdoing and has asserted defenses. In agreeing to settle, Wells Fargo does not admit any wrongdoing.

### WHAT DOES THE SETTLEMENT PROVIDE?

Under the proposed settlement, Wells Fargo will provide payments to members of the proposed class comprised of individuals that received calls related to credit card accounts. For details regarding those payments, please visit www.FranklinWellsFargoTCPA.com.

### WHAT ARE MY OPTIONS?

If you remain a Class Member, and the Court approves the settlement, you will be legally bound by its terms and will release your claims relating to calls placed by, or on behalf of, Wells Fargo.

If you want to exclude yourself from this settlement, you must send a written request specifically stating that you request exclusion from the settlement to *Wells Fargo Litigation* Settlement Administrator, P.O. Box _____, CITY, STATE ZIP, postmarked **no later than [MONTH & DAY] 201_.**

If you remain a Class Member, you may object to the settlement by writing to Class Counsel and defense counsel no later than _____**, 201_.**

Full details on how to object or exclude yourself can be found at www.FranklinWellsFargoTCPA.com.

### SETTLEMENT HEARING

The Court will hold a hearing on **[MONTH & DAY], 201__**, at **XX:XX**, to consider whether to approve the settlement and award attorneys' fees in an amount not to exceed $3,637,549.50 and maximum litigation costs of $15,000.

You or your lawyer may ask to appear and speak at your own expense. A more detailed Notice and a Claim Form are available at www.FranklinWellsFargoTCPA.com. The website also explains the Settlement terms in more detail. You may write to *Wells Fargo Litigation* Settlement Administrator, P.O. Box ___, CITY, STATE ZIP to request the more detailed Notice and Claim Form.

***TO RECEIVE A PAYMENT YOU MUST SUBMIT A CLAIM FORM. YOU MAY COMPLETE AND SUBMIT A CLAIM FORM ONLINE BY VISITING WWW.FRANKLINWELLSFARGOTCPA.COM OR YOU MAY PRINT A COPY OF THE CLAIM FORM AVAILABLE AT WWW.FRANKLINWELLSFARGOTCPA.COM, COMPLETE IT, AND MAIL IT TO APRIA LITIGATION SETTLEMENT ADMINISTRATOR, P.O. BOX ___, CITY, STATE ZIP POSTMARKED BY [MONTH & DAY], 201_.***

**www.FranklinWellsFargoTCPA.com**