# PLAINTIFF'S EXHIBIT 1E

Press Release

_____

*In The Case Of*

**Lillian Franklin, Individually and on Behalf of All Others Similarly Situated,**

**v.**

**Wells Fargo Bank, N.A.,**

**14-cv-2349 MMA (BGS)**

**KAZEROUNI LAW GROUP, APC**
245 FISCHER AVENUE, UNIT D1, COSTA MESA, CA 92626
(800) 400-6808

MEDIA CONTACTS:
**Class Counsel**
Name, phone number
Email

**Wells Fargo:**
Name: Number
Email Address

# DRAFT

### TCPA Class Actions Resolved

City, State, [DATE] – Class Counsel, Douglas J. Campion, Joshua B. Swigart and Abbas Kazerounian, today announced an agreement to resolve this class action pending against Wells Fargo Bank in federal court in California.  The lawsuit alleges that Wells Fargo violated the Telephone Consumer Protection Act by calling cell phones without prior consent using an automated dialer or with a prerecorded voice message related to credit card accounts.  Under the terms of the settlement, Wells Fargo denies any liability but agreed to fund a $14.5 million settlement to fully resolve this matter without the time and expense of a court proceeding.

The settlement has been preliminarily approved by the U.S. District Court in the Southern District of California, *Franklin v. Wells Fargo, N.A.* and is subject to the court's final approval.  The Settlement Class consists of persons who received an autodialed call or a prerecorded voice message from Wells Fargo on a cell phone without their prior consent from November 1, 2009 to September 17, 2014.

The settlement fund, less attorneys' fees, litigation expenses, and costs of notice and claims administration as approved by the Court, will be distributed to Settlement Class members who submit claims under procedures implemented by the Court overseeing the settlement.

11293.0130/2246097.1

Most persons included in the Settlement Class can be identified from Wells Fargo's records and will receive mailed notice of the settlement. Individuals who received such calls but cannot be identified from Wells Fargo's records will need to contact the Claims Administrator to determine if they are in the Settlement Class. For more information, go to [www.FranklinWellsfargoTCPA.com](www.FranklinWellsfargoTCPA.com).