**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Lillian Franklin

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
Douglas J. Campion, Esq. (75381)
doug@djcampion.com
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2001
Facsimile: (619) 858-0034

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LILLIAN FRANKLIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**WELLS FARGO BANK, N.A.,**<br><br>Defendant. | **Case No.:** 14-cv-2349 MMA (BGS)<br><br>**DECLARATION OF JOSHUA B. SWIGART, ESQ. IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE:** January 20, 2015<br>**TIME:** 2:30 p.m.<br>**COURTROOM:** 3A<br><br>**HON. MICHAEL M. ANELLO** |

## DECLARATION OF JOSHUA B. SWIGART, ESQ.

I, JOSHUA B. SWIGART, declare:

1. I am one of the attorneys for the Plaintiff LILLIAN FRANKLIN ("Franklin") in this action. I submit this declaration in support of the Motion for Preliminary Approval of the Class Action Settlement in the action against Defendant WELLS FARGO BANK, N.A. ("Wells Fargo").  I am licensed to practice law before this court and all California state courts. If called as a witness, I would competently testify to the matters herein from personal knowledge.

2. The declaration is based upon my personal knowledge, except where expressly noted otherwise.

3. There is pending in the United Stated District Court for the Southern District of California, a civil action entitled, *Lillian Franklin, Individually and on Behalf of All Others Similarly Situated v. Wells Fargo Bank, N.A.*, Case No.: 14-cv-2349 MMA (BGS) ("Franklin Action").

4. I direct this Court's attention to ¶¶ 4-20 of the Declaration of Abbas Kazerounian filed herewith discussing the avenue the Parties took toward settlement of this matter and the adequacy of said settlement as opposed to repeating the same discussion here.

### CLASS COUNSEL'S EXPERIENCE

5. Kazerouni Law Group, APC, Hyde & Swigart and the Law Office of Douglas J. Campion, APC seek to be confirmed as class counsel for purposes of this action and proceeding with the settlement.

6. I am an attorney admitted to practice in the State of California and am a partner at Hyde & Swigart ("H&S"), which has been retained to represent Franklin in the above-captioned matter. I am over the age of 18 and am fully competent to make this declaration. I was admitted to the State Bar of California in 2007 and have been a member in good standing ever since that time. I have litigated cases

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

in both state and federal courts in California, Washington, Ohio, Nevada, Colorado, Tennessee and Texas. I am also admitted in every federal district in California and have handled federal litigation in the federal districts of California; including being admitted to the 9th Circuit Court of Appeals.

7. I have been appointed class counsel in several class actions brought pursuant to consumer protection statutes, including California Penal Code § 630, et seq.; and, the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227 (TCPA). My practice involves significant class action litigation and I am or have been counsel in significant national class actions including, but not limited to, class actions against Bank of America, Chase and Wells Fargo to mention a few.

8. I am the managing partner of Hyde & Swigart. I have been appointed lead counsel in numerous federal class actions, resulting in millions of dollars of settlements for my clients. I am currently lead or co-counsel for over 75 class action lawsuits currently pending in federal courts across the country, and as a result have paramount knowledge in this area of law.

9. As one of the main plaintiff litigators of consumer rights cases in the Central and Southern District of California, I have been requested to and have made regular presentations to community and legal organizations regarding debt collection laws and consumer rights. These organizations include, but are not limited to, the following:

   a. California Western School of Law, 2005;

   b. Canyon Springs High School, Moreno Valley, CA 2003-2008; Careers in the legal field.

   c. Guest speaker on national talk radio.

   d. Regular host on 103.7 Free FM on the radio show Know The Law. Topics.  Appearances number more than ten shows;

   e. Department of Defense; JAG Office, Naval Station San Diego (2006);

   f. Department of Defense; JAG Office, Naval Station San Diego, (2008);

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

g. American Bar Association – Legal Assistance for Military Personnel, Naval Station –North Island (2008);

h. National Consumer Law Center - E-Discovery issues - San Diego (2009);

i. National Association of Retail Collection Attorneys - Prosecuting consumer cases -San Francisco (2009);

j. American Bar Association (2010);

k. Military Law Committee (MCRD) - Representing military service members in consumer related issues - San Diego (2010).

10. I have also lectured at the American Bar Association's National Convention as a leading expert in TCPA litigation (2013 convention in San Francisco) and also lectured on RPA at the American Bar Association's National Webinar in September 2013.

11. I am also a member of the following organizations:

a. National Association of Consumer Advocates;

b. Federal Bar Association;

c. The American Association for Justice;

d. Riverside County Bar Association;

e. San Bernardino County Bar Association; and,

f. Enright Inns of Court.

12. In addition I have received extensive training in the area of consumer law. Such trainings include:

a. National Consumer Law Conference; Oakland, CA – 2003;

b. National Consumer Law Conference; Kansas City, MO – 2004;

c. National Consumer Law Conference; Boston, MA – 2004;

d. Three-day FDCPA Mini-Conference; Minneapolis, MN – 2005;

e. Four-day National Association of Consumer Advocates Conference; Minneapolis, MN – 2005;

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

f. Four-day National Consumer Law Center Conference; Nashville, TN – 2008;

g. Three-day National Consumer Law Center Conference; Portland, OR - 2008;

h. Speaker at a Three-day National Consumer Law Center Conference; San Diego, CA - 2009.

i. Speaker ABA/JAG presentation to military service members and counsel; MCRD, San Diego CA – 2010;

j. Speaker ABA teleconference; San Diego, CA – 2010.

k. Three-day National Consumer Law Center Conference; Seattle, WA - 2011;

l. Two-day FDCPA Mini-Conference; New Orleans; LA - 2012.

m. Three-day National Consumer Law Center Conference; Seattle, WA - 2012;

n. Speaker Strafford conference on class action developments – 2012; and,

o. Three-day National Association of Consumer Advocates Conference; Baltimore, MD – 2013.

**HYDE & SWIGART SPECIALIZES IN CONSUMER RIGHTS CLASS ACTIONS**

13. I have extensive experience prosecuting class actions related to consumer issues. My firm, Hyde & Swigart ("H&S"), in which I am a principal, has litigated over 1,000 individual based consumer cases and have litigated over 300 consumer class actions.

14. Some of the cases more significant class actions that I have been involved in, include but are not limited to:

a. *Knell v. FIA Card Services, N.A.*, 12-cv-426 AJB (WVG) (S.D. Cal.) (California class action settlement under Penal Code 632 et seq., for claims of invasion of privacy. Settlement resulted in a common fund in the amount of $2,750,000; preliminarily approved on January 23, 2014;

b. *Zaw v. Nelnet, Inc.*, C 13-5788 RS (N.D. Cal.) (California class action settlement under Penal Code 632 et seq., for claims of invasion of privacy. Settlement resulted in a common fund in the amount of $1,188,110.00; finally approved on November 14, 2014;

c. *Lemieux v. EZ Lube, Inc.*, 12-cv-1791 BAS (JLB) (S.D. Cal.) (Class settlement approved and Kaerouni Law Group, APC appointed as class counsel);

d. *Sherman v. Kaiser Foundation Health Plan, Inc.*, 13-cv-981 JAH (JMA) (S.D. Cal.) (TCPA Class settlement in the amount of $5,250,000.00 preliminarily approved on December 4, 2014);

e. *Newman v. Americredit Financial Services, Inc.*, 11-cv-3041 DMS (BLM) (S.D. Cal.) (TCPA Class settlement in the amount of $8,500,000.00 preliminarily approved on November 26, 2014);

f. *Bellows v. NCO Financial Systems, Inc.*, 07-CV-01413 W (AJB) (S.D. Cal)(One of the first class action settlements under the TCPA in the nation; Hyde & Swigart served as co-lead counsel; final approval grated in 2009);

g. *Adams v. AllianceOne, Inc.*, 08-CV-0248 JAH (S.D. Cal) (Nationwide TCPA class settlement providing class relief of $40 per claiming class member resulting in over $2,500,000 paid to claiming class members; final approval granted in 2013);

h. *Lemieux v. Global Credit & Collection Corp.*, 08-CV-1012 IEG (POR) (S.D. Cal.) (Co-lead counsel on a national TCPA class settlement providing class recovery in the amount of $70 for each claiming class member; final approval granted in 2011);

i. *Gutierrez, et al. v. Barclays Group, et al.*, 10-CV-1012 DMS (BGS) (Common fund created in the amount of $8,262,500 based on the receipt of unsolicited text messages; final approval granted 2012);

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

j. *Knutson, et al. v. Schwan's Home Service, Inc.*, 12-CV-00964-GPC-DHB (S.D. Cal.)(Heavily contested TCPA class action; Currently serving as co-lead counsel and obtaining class certification (Sept. 2013);

k. *Malta, et al. v. Wells Fargo Home Mortgage, et al.*, 10-CV-1290 IEG (BLM) (Served as co-lead counsel for a settlement class of borrowers in connection with residential or automotive loans and violations of the TCPA in attempts to collect on those accounts; obtained a common settlement fund in the amount of $17,100,000; final approval granted in 2013);

l. *Conner v. JPMorgan Chase Bank, et al.*, 10-CV-1284 DMS (BGS) (S.D. Cal.) (Currently serving as co-lead counsel for the settlement class of borrowers in connection with residential loans and TCPA violations stemming from the collection of those accounts);

m. *In Re: Midland Credit Management, Inc., Telephone Consumer Protection Act Litigation*, 11-md-2286 MMA (MDD) (S.D. Cal.) (Counsel for a Plaintiff in the lead action, prior to the action being recategorized through the multi-district litigation process; still actively involved in the MDL litigation and settlement process);

n. *In Re: Portfolio Recovery Associates, LLC Telephone Consumer Protection Act Litigation*, 11-md-02295-JAH (BGS) (Counsel for a Plaintiff in the lead action, prior to the action being recategorized through the multi-district litigation process; still actively involved in the MDL litigation and settlement process);

o. *Arthur v. SLM Corporation*, 10-CV-00198 JLR (W.D. Wash.) (Nationwide settlement achieving the then-largest monetary settlement in the history of the TCPA: $24.15; final approval granted in 2012)

p. *Lo v. Oxnard European Motors, LLC, et al.*, 11-CV-1009-JLS-MDD (S.D. Cal.) (Achieving one of the highest class member payouts in a TCPA action of $1,331.25; final approval granted in 2012);

q. *Sarabri v. Weltman, Weinberg & Reis Co., L.P.A.*, 10-01777-AJB (NLS) (S.D. Cal.) (Approved as co-lead counsel and worked to obtain a national TCPA class settlement where claiming class members each received payment in the amount of $70.00; final approval granted in 2013);

r. *Barani v. Wells Fargo Bank, N.A.*, 12-CV-02999-GPC (KSC) (S.D. Cal.) (Class action settlement under the TCPA for the sending of unauthorized text messages to non-account holders in connection to wire transfers; preliminarily approved);

s. *Mills v. HSBC Bank Nevada, N.A.*, Case No. 12-CV-04010-SI (N.D. Cal.);

t. *Martin v. Wells Fargo Bank, N.A.*, 12-CV-06030-SI (N.D. Cal.);

u. *Heinrichs v. Wells Fargo Bank, N.A.*, 13-CV-05434-WHA (N.D. Cal.);

v. *Hoffman v. Bank of America*, 12-cv-539 JAH (DHB) (S.D. Cal.) (California class action settlement under Penal Code 632 et seq., for claims of invasion of privacy.  Settlement resulted in a common fund in the amount of $2,600,000; preliminarily approved on February 13, 2014; and,

w. *Couser v. Comenity Bank*, 12-cv-484 MMA (BGS) (S.D. Cal.) (California class action settlement under Penal Code 632 et seq., for claims of invasion of privacy.  Settlement resulted in a common fund in the amount of $8,400,000; preliminarily approved on October 2, 2014.

///

///

///

///

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

15. Therefore, my experience in litigating class actions and my years in practice are sufficient to justify my firm's appointment as class counsel in this case.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct, and that this declaration was executed on December 19, 2014.

By: ____/s/ Joshua B. Swigart____

Joshua B. Swigart, Esq.