**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
Douglas J. Campion, Esq. (75381)
doug@djcampion.com
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2001
Facsimile: (619) 858-0034

*Attorneys for Plaintiff*,
Lillian Franklin

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LILLIAN FRANKLIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**WELLS FARGO BANK, N.A.,**<br><br>Defendant. | **Case No.:** 14-cv-2349 MMA (BGS)<br><br>**DECLARATION OF DOUGLAS J. CAMPION, ESQ. IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE:** January 20, 2015<br>**TIME:** 2:30 p.m.<br>**COURTROOM:** 3A<br><br>**HON. MICHAEL M. ANELLO** |

///

///

///

# DECLARATION OF DOUGLAS J. CAMPION, ESQ.

I, DOUGLAS J. CAMPION, declare:

1. I am one of the attorneys for the Plaintiff LILLIAN FRANKLIN ("Franklin") in this action. I submit this declaration in support of the Motion for Preliminary Approval of the Class Action Settlement in the action against Defendant WELLS FARGO BANK, N.A. ("Wells Fargo"). I am licensed to practice law before this court and all California state courts. If called as a witness, I would competently testify to the matters herein from personal knowledge.

2. The declaration is based upon my personal knowledge, except where expressly noted otherwise.

3. There is pending in the United Stated District Court for the Southern District of California, a civil action entitled, *Lillian Franklin, Individually and on Behalf of All Others Similarly Situated v. Wells Fargo Bank, N.A.*, Case No.: 14-cv-2349 MMA (BGS) ("Franklin Action").

4. I direct this Court's attention to ¶¶ 4-20 of the Declaration of Abbas Kazerounian filed herewith discussing the avenue the Parties took toward settlement of this matter and the adequacy of said settlement as opposed to repeating the same discussion here.

## CLASS COUNSEL'S EXPERIENCE

5. Kazerouni Law Group, APC, Hyde & Swigart and the Law Office of Douglas J. Campion, APC seek to be confirmed as class counsel for purposes of this action and proceeding with the settlement.

6. I am the only principal in my law firm. I was admitted to the State Bar of California in 1977 and have been a member in good standing since that time. Since my admission, I have been engaged in litigation and I have had extensive experience in business litigation prior to working in the class action field. In 1989, I joined the San Diego office of a Philadelphia-based law firm, Barrack, Rodos & Bacine. Our office engaged in class and derivative litigation

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

exclusively, primarily specializing in plaintiff's class action securities cases. I resigned from the firm in 1996. Barrack, Rodos & Bacine was often co-counsel with Milberg Weiss Bershad Hynes & Lerach in class and derivative actions and litigated the same types of cases. A few examples of the cases our firm litigated, separately or with co-counsel, and in which I actively participated, are as follows:

   a. The Michael Milken – Drexel securities litigation, with a joint recovery for all plaintiffs of more than a billion dollars;

   b. The savings and loan securities and derivative litigation of the early 1990's, in which I represented or litigated against California Federal, Far West Financial, Financial Corporation of Santa Barbara, Imperial Savings, and others;

   c. Defense contractor over-billing cases, including Lockheed, General Dynamics, and Rockwell International;

   d. A number of health care provider cases including National Health Laboratories, National Medical Enterprises, ICN Pharmaceuticals, and Pfizer;

   e. Cases against insurance companies including Blue Cross of California, and First Executive Life and its progeny; and

   f. Many other class and derivative actions including L.A. Gear, Countrywide Trucking, and Glen Ivy timeshares, among others.

7. I have also been lead or co-lead counsel in many other class actions or Business & Professions Code representative actions since I opened my own office in 2001. Most of those are consumer-related cases. These included my role as either lead or co-lead plaintiffs' counsel in the following class or 17200 representative actions, including Telephone Consumer Protection Act cases:

///

///

**DECLARATION OF DOUGLAS J. CAMPION, ESQ. IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**                PAGE 2 OF 6                14-CV-2349 MMA (BGS)

a. *Gonzalez, et. al., v. Science Applications International Corporation, et. al.;*

b. *Warner, et al. v. Computer Education Institute, et al.,*

c. *Smith v. Microskills;*

d. *Russell, et al., v. DAT, Inc. dba Laptop Training Solutions;*

e. *Jared Smith vs. Independent Capital Management, Inc., et al.;*

f. *Opyrchal, et al., v. New York Life;*

g. *Bowersox v. Laboratory Corporation of America;*

h. *O'Neal v. NCO Financial Systems, Inc.;*

i. *Zamora v. Conseco, et. al.;*

j. *McDonald v. Bonded Collectors, Inc.;*

k. *In Re Brocade Derivative Litigation;*

l. *Kryptonite Locks Coordinated Litigation;*

m. *Shaw v. Tenet Healthcare Corporation, et al.;*

n. *Rodriquez v. Yum Yum Donut Shops, Inc.;*

o. *Arnn, et al., v. West Coast Aquarium Industries, Inc.;*

p. *Grant v. American Agencies, Inc.;*

q. *Rogers v. Whitney Education Group;*

r. *Khosroabadi v. North Shore Agency, Inc.;*

s. *Cook v. Collins, et al.,*

t. *Goins v. Checks Cashed for Less, Inc., et al;*

u. *Fanciullo v. CompuCredit dba Aspire VISA;*

v. *Kight v. Eskanos & Adler, P.C.;*

w. *Gulzynski v. Fidelity Title;*

x. *Kight v. CashCall;*

y. *Grannan v. Direct Electronics, Inc.;*

z. *Bellows v. NCO Financial, Inc.;*

aa. *Charles Smith, et al., v. CRST Expedited;*

bb. *American Apparel, Inc. Derivative Litigation;*

cc. *Meeks v. CreditWest, et. al.;*

dd. *Shirdel v. Access Group, Inc;*

ee. *Bennett v. Discover Bank;*

ff. *Dominici v. Wells Fargo;*

gg. *Hurtado v. Progressive Financial Services;*

hh. *Galbraith v. Resurgent;* and,

ii. *Underwood v. San Diego Flight Training, Inc.*

8. I have also had several state court appellate court opinions published in which our side prevailed and for which I was counsel of record and responsible for the appellate work. Those include *CashCall, Inc. v. Superior Court* (2008) 159 Cal.App.4th 273, *Smith v. Microskills San Diego L.P.* (2007) 153 Cal.App.4th 892 and a very recent case, *Kight v. CashCall, Inc.*, 4th District, Div. One, D057440 (Nov. 21, 2011). The 2008 *CashCall* case expanded the rights of putative class members to obtain pre-certification class member discovery to substitute a new class representative, even when the named plaintiffs had no standing to initially bring the action. In the *Microskills* case, the Court of Appeal limited the ability of the defendant vocational school, a third party to an arbitration agreement between the plaintiff student and the student loan lender, to compel a plaintiff to arbitrate their case against the school. In the *CashCall* case, the Court of Appeal reversed the trial court's granting of summary judgment for Defendant on the issue of the type of warning required to be provided when calls are monitored by companies, and what types of entities must provide such warnings. The Court of Appeal thereby protected the rights of California citizens under the Privacy Act.

9. I have filed and litigated several other class actions based on the Telephone Consumer Protection Act in the past three years. The following is a list of

other TCPA class actions which I am counsel or have been personally involved in:

   a. *Bellows v. NCO Financial Systems, Inc.*, 07-CV-01413 W(AJB) (S.D. Cal.);

   b. *Adams v. AllianceOne, Inc.*, 08-CV-0248 JAH (S.D. Cal.);

   c. *Lemieux v. Global Credit & Collection Corp.*, 08-CV-1012 IEG(POR) (S.D.Cal.);

   d. *Malta v. Wells Fargo Home Mortgage, et al.*, 10-CV-1290 IEG(BLM) (S.D.Cal.);

   e. *Lo v. Oxnard European Motors, LLC, et al.*, 10-CV-1009 JLS(MDD) (S.D.Cal.);

   f. *Robinson v. Midland Funding, LLC*, 10-CV-2261 MMA(AJB) (S.D.Cal.);

   g. *Arthur v. SLM Corporation*, 10-CV-00198 JLR (W.D.Wash.);

   h.

   i. *Newman v. ER Solutions, Inc.*, 11-CV-0592H(BGS) (S.D.Cal.);

   j. *In Re Jiffy Lube International, Inc.*, MDL No. 2261(S.D.Cal.);

   k. *In Re Portfolio Recovery Associates, LLC, TCPA Litigation*, MDL No. 2295 (S.D.Cal.);

   l. *Jaber v. NASCAR*, 11-CV-1783 DMS(WVG) (S.D. Cal.); and,

   m. *Ridley v. Union Bank, N.A.*, 11-CV-1773 DMS(NLS) (S.D. Cal.).

10. I have been appointed and approved by various courts as class counsel on similar TCPA class actions, including:

   a. *Bellows v. NCO Financial Systems, Inc.*, 07-CV-01413 W (AJB) (S.D. Cal.);

   b. *Lemieux v. Global Credit & Collection Corp.*, 08-CV-1012 IEG (POR) (S.D. Cal.);

   c. *Lo v. Oxnard European Motors, LLC, et al.*, 11-CV-1009 JLS (MDD) (S.D.Cal.);

   d. *Arthur v. SLM Corporation*, 10-CV-00198 JLR (W.D.Wash.);

   e. *Adams v. AllianceOne, Inc.*, 08-CV-0248 JAH (WVG) (S.D.Cal.);

   f. *Conner v. JPMorgan Chase Bank, et al.*, 10-CV-1284 DMS(BGS) (S.D. Cal.); and,

   g. *Rose v. Bank of America*, 11-cv-02390 (N.D.Cal.).

12. Therefore, my experience is sufficient to act as Class Counsel in this case. My co-counsel Hyde & Swigart and the Kazerouni Law Group, APC are experienced in the area of the TCPA and handling class action litigation on behalf of consumers. I work with and have worked with Hyde & Swigart and the Kazerouni Law Group, APC in a number of other Class action cases as co-counsel.

13. Therefore, my experience in litigating class actions and my years in practice are sufficient to justify my firm's appointment as class counsel in this case.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct, and that this declaration was executed on December 18, 2014.

                                        By: ___/s/ Douglas J. Campion___
                                            Douglas J. Campion, Esq.

**DECLARATION OF DOUGLAS J. CAMPION, ESQ. IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**          PAGE 6 OF 6          14-CV-2349 MMA (BGS)