# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN FRANKLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 14-cv-2349- MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO CORRECT SETTLEMENT FUND AMOUNT IN NOTICE DOCUMENTS**<br><br>[Doc. No. 12] |

Having considered the Parties' Joint Motion to Correct Settlement Fund Amount in Notice Documents, good cause appearing, the Court hereby **ORDERS** that its prior Order filed on February 9, 2015, Docket No. 11, be changed to reflect the Settlement Fund amount as $13,859,103.80 based upon 4,076,207 Class Members.  This amount should be inserted as required in the Notice documents, and any reference to attorneys' fees sought based on the Settlement Fund amount in those documents shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated:  February 23, 2015

_____
Hon. Michael M. Anello
United States District Judge