| | | |
|---|---|---|
| 1 | **KAZEROUNI LAW GROUP, APC** | **LAW OFFICES OF DOUGLAS J. CAMPION, APC** |
| 2 | Abbas Kazerounian, Esq. (249203) | |
| | ak@kazlg.com | Douglas J. Campion, Esq. (75381) |
| 3 | Matthew M. Loker, Esq. (279939) | doug@djcampion.com |
| 4 | ml@kazlg.com | 17150 Via Del Campo, Suite 100 |
| | 245 Fischer Avenue, Unit D1 | San Diego, CA 92127 |
| 5 | Costa Mesa, CA 92626 | Telephone: (619) 299-2001 |
| 6 | Telephone: (800) 400-6808 | Facsimile: (619) 858-0034 |
| | Facsimile: (800) 520-5523 | |

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Lillian Franklin

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LILLIAN FRANKLIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | **Case No.:** 14-cv-2349 MMA (BGS) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS AND INCENTIVE AWARD** |
| v. | **DATE:** July 20, 2015 |
| **WELLS FARGO BANK, N.A.,** | **TIME:** 2:30 p.m. |
| Defendant. | **COURTROOM:** 3A |
| | **HON. MICHAEL M. ANELLO** |

///

///

---

**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **July 20, 2015**, at **2:30 p.m.**, before the United States District Court, Southern District of California, **Courtroom 3A**, located at 221 West Broadway, San Diego, California 92101, Plaintiff LILLIAN FRANKLIN ("Plaintiff") will move this Court for an Order Granting Approval of Plaintiff's Attorneys' Fees, Costs Requests, and Incentive Award.

This <u>unopposed</u> Motion is based upon this Notice, the records and papers on file herein, the attached Memorandum of Points and Authorities, the Declaration of Plaintiff's counsel and Plaintiff Franklin, and on such other evidence as may be presented at the hearing of this Motion.

Date: May 20, 2015                                                  **KAZEROUNI LAW GROUP, APC**

By:\_\_\_/s/ Abbas Kazerounian\_\_\_
ABBAS KAZEROUNIAN, ESQ.

| **Law Offices of Douglas J. Campion, APC** | **Hyde & Swigart** |
|---|---|
| By: /s/ Douglas J. Campion | By: /s/ Joshua B. Swigart |
| Douglas J. Campion, Esq. | Joshua B. Swigart, Esq. |
| 17150 Via Del Campo, Suite 100 | 2221 Camino Del Rio S, Ste 101 |
| San Diego, CA 92127 | San Diego, CA 92108 |
| Telephone: (619) 299-2091 | Telephone: (619) 233-7770 |

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626