AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| LILLIAN FRANKLIN<br>*Plaintiff*<br>v.<br>WELLS FARGO BANK, N.A.<br>*Defendant* | )<br>)<br>)  Case No.   14-CV-2349-MMA (BGS)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sterling Jan                                                                                                            .

Date:   05/20/2015

/s/ Joseph Darrell Palmer
*Attorney's signature*

Joseph Darrell Palmer
*Printed name and bar number*

Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008

*Address*

darrell.palmer@palmerlegalteam.com
*E-mail address*

(858) 215-4064
*Telephone number*

(866) 583-8115
*FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2015, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of California by using the USDC CM/ECF system.

      I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

      /s/ Joseph Darrell Palmer
      Joseph Darrell Palmer

      Attorney for Objector