**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
Douglas J. Campion, Esq. (75381)
doug@djcampion.com
17150 Via Del Campo, Suite 100
San Diego, CA 92127
Telephone: (619) 299-2001
Facsimile: (619) 858-0034

*Attorneys for Plaintiff,*
Lillian Franklin

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LILLIAN FRANKLIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**WELLS FARGO BANK, N.A.,**<br><br>Defendant. | Case No.: 14-cv-2349 MMA (BGS)<br><br>**JOINT MOTION TO EXTEND THE OBJECTION PERIOD; AND, TO CONTINUE FINAL APPROVAL HEARING**<br><br>**HON. MICHAEL M. ANELLO** |

///

///

///

**JOINT MOTION TO EXTEND OBJECTION PERIOD; AND, TO CONTINUE THE FINAL APPROVAL HEARING**

The Parties hereto jointly request this Court enter an Order extending the Objection Period and also continuing the Final Approval on this matter currently scheduling for July 20, 2015.  In support of these Requests, the Parties state as follows:

On December 22, 2014, Plaintiff LILLIAN FRANKLIN ("Plaintiff") filed Plaintiff's Unopposed Motion for Preliminary Approval. [ECF No. 5].  Thereafter, this Court granted Preliminary Approval of the Parties' Class Action Settlement certifying a provisional settlement class and directing dissemination of Class Notice on February 9, 2015. [ECF No. 11].  In compliance with the Preliminary Approval Order, Plaintiff lodged Plaintiff's Motion for Attorneys' Fees and Costs on May 20, 2015. [ECF No. 20].  Unbeknownst to Plaintiff, Plaintiff's Motion for Attorneys' Fees and Costs was inadvertently not posted to the Settlement Website following its filing.  As such, the Parties now request this Court extend both the Objection Period as well as the Final Approval Hearing in order to provide class members sufficient opportunity to make an informed decision regarding the Parties' proposed Class Settlement as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| **Deadline to Object** | June 19, 2015 | June 29, 2015 |
| **Final Approval Hearing** | July 20, 2015 | August 3, 2015 |

Date: June 16, 2015                                                    **KAZEROUNI LAW GROUP, APC**

By:___/s/ Abbas Kazerounian___
ABBAS KAZEROUNIAN, ESQ.
ATTORNEY FOR PLAINTIFF

**HYDE & SWIGART**

By: ___/s/ Joshua B. Swigart___
JOSHUA B. SWIGART, ESQ.
ATTORNEY FOR PLAINTIFF

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**

By: ___/s/ Douglas J. Campion___
DOUGLAS J. CAMPION, ESQ.
ATTORNEY FOR PLAINTIFF

**SEVERSON & WERSON, APC**

By: ___/s/ Eric J. Troutman___
ERIC J. TROUTMAN, ESQ.
ATTORNEY FOR DEFENDANT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: June 16, 2015

**KAZEROUNI LAW GROUP, APC**

By: ___/s/ Abbas Kazerounian___
ABBAS KAZEROUNIAN, ESQ.
ATTORNEY FOR PLAINTIFF