1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN FRANKLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 14cv2349-MMA (BGS)<br><br>**ORDER:**<br><br>**GRANTING JOINT MOTION TO EXTEND OBJECTION PERIOD;**<br><br>**CONTINUING FINAL APPROVAL HEARING**<br><br>[Doc. No. 24] |

Upon due consideration of the parties' joint motion, good cause appearing, the Court **GRANTS** the joint motion and extends the deadline for class members to submit objections and/or exclusions until **June 29, 2015**.  The Court **VACATES** the previously scheduled final settlement approval hearing, and **RESETS** the hearing for **August 3, 2015, at 2:30 p.m.** in Courtroom 3A.

**IT IS SO ORDERED.**

Dated:  June 19, 2015

Hon. Michael M. Anello
United States District Judge