**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
Douglas J. Campion, Esq. (75381)
doug@djcampion.com
17150 Via Del Campo, Suite 100
San Diego, CA 92127
Telephone: (619) 299-2001
Facsimile: (619) 858-0034

*Attorneys for Plaintiff,*
Lillian Franklin

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LILLIAN FRANKLIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**WELLS FARGO BANK, N.A.,**<br><br>Defendant. | **Case No.:** 14-cv-2349 MMA (BGS)<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE:** August 3, 2015<br>**TIME:** 2:30 p.m.<br>**COURTROOM:** 3A<br><br>**HON. MICHAEL M. ANELLO** |

///

///

///

///

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **AUGUST 3, 2015** at **2:30 P.M.** or as soon thereafter as the matter may be heard in **COURTROOM 3A** of the above captioned Court located at **221 WEST BROADWAY, SAN DIEGO, CA 92101**, Plaintiff LILLIAN FRANKLIN ("Plaintiff") hereby moves the Court pursuant to Federal Rule of Civil Procedure 23 for final approval of the Parties' Class Action Settlement.

This Motion is based on the accompanying Memorandum of Points and Authorities, the declarations filed concurrently herewith, the exhibits attached thereto, all pleadings and papers on file in this action and upon such other matters as the Court deems proper.

Dated: July 20, 2015                                 Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ___/s/ Abbas Kazerounian___
        ABBAS KAZEROUNIAN, ESQ.

**HYDE & SWIGART**

By: ___/s/ Joshua B. Swigart___
        JOSHUA B. SWIGART, ESQ.

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**

By: ___/s/ Douglas J. Campion___
        DOUGLAS J. CAMPION, ESQ.
   ATTORNEYS FOR PLAINTIFF, LILLIAN FRANKLIN

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626