**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
Douglas J. Campion, Esq. (75381)
doug@djcampion.com
17150 Via Del Campo, Suite 100
San Diego, CA 92127
Telephone: (619) 299-2001
Facsimile: (619) 858-0034

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*,
Lillian Franklin

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LILLIAN FRANKLIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**WELLS FARGO BANK, N.A.,**<br><br>Defendant. | **Case No.:** 14-cv-2349 MMA (BGS)<br><br>**DECLARATION OF LISA M. MULLINS IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE:** August 3, 2015<br>**TIME:** 2:30 p.m.<br>**COURTROOM:** 3A<br><br>**HON. MICHAEL M. ANELLO** |

DECLARATION OF LISA M. MULLINS IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

# DECLARATION OF LISA M. MULLINS

I, LISA M. MULLINS, declare:

1. I am the President of ILYM Group, Inc. (herein after referred to as "ILYM Group"), located at 15331 Barranca Parkway, Irvine, CA 92618. Our firm is a full service claims administrator, specializing in administrative services that support due process in class action litigation. We provide all notice-related services, claims administration, website services and development relating to class action settlements along with escrow agent services for Qualified Settlement Funds.

2. If called as a witness, I could and would testify to the matters herein from personal knowledge.

3. On February 9, 2014, the Court appointed ILYM Group as the Claims Administrator in the above referenced Action. In this capacity, ILYM Group was charged with (a) preparing, printing and mailing the Postcard Settlement Notice (herein after referred to as "Postcard Notice"); (b) acting as a liaison between claimants and the Parties regarding claims information; (c) hosting and placing a copy of the Postcard Settlement Notice and the long-form Notice entitled Frequently Asked Questions, or "FAQs", on a dedicated information website www.franklinwellsfargotcpa.com to provide Class Members with easy and immediate access to information regarding the proposed Settlement and to allow Class Members to file a claim electronically; (d) publishing a copy of the notice in USA Today; (e) disseminating a press release about the settlement on a PR web; (f) setting up and maintaining two toll-free telephone numbers, one for filing claims (1 (800) 380-6403) and one for answering questions (1 (844) 744- 8424) anyone might have about the settlement ; (g) fielding inquires about the settlement; (h) processing of claims; (i) rejecting a claim form where it appears the claimant is not entitled to file a claim, for whatever reason; (j) directing the

mailing of settlement payments to claimants; (k) mailing out the Class Action Fairness Act of 2005 ("CAFA") notice; and (l) to perform other tasks as the Parties mutually agree to and/or the Court orders ILYM to perform.

4. On March 2, 2015, ILYM Group prepared and mailed out the Class Action Fairness Act of 2005 ("CAFA") notice of this settlement to the Attorney Generals of all states and territories along with the Office of the Comptroller of Currency.

5. ILYM Group received the Class data files from Defendants, which contained a total of 4,076,207 cellphone numbers ("Class List"), and 3,666,588 names and addresses ("Notice List).

6. The data files of names and addresses and cellphone numbers were then uploaded to our database and checked for duplicates and other possible discrepancies. The final mailing list contained 3,666,588 names and addresses from the Notice List and all had a cellphone number linked to them.

7. However, there were a number of cellphone numbers in the "Class List" in addition to those in the "Notice List", representing persons that received calls intended for Wells Fargo's customers but are not identified by name within Wells Fargo's records and, hence, were not to be within the Notice Database and Class List, and therefore would likely have learned of the Settlement by publication and/or internet notice.  These individuals could make a Claim even if they were not on the Notice List by advising us of their cellphone number on which they think they may have been called. We then compared that number to the numbers on the Class List, and if their cellphone number is on the Class List, they could then file a Claim.

8. The approximate total class size is 4,076,207, which is comprised of the 3,666,588 included in the Notice List and the 409,619 additional cellphone numbers in the Class List mentioned above.

9. As part of the preparation for mailing, all 3,666,588 names and addresses were then processed against the National Change of Address ("NCOA") database, maintained by the United States Postal Service ("USPS"), for purposes of updating and confirming the mailing addresses of the Class Members before mailing the Notice postcard. To the extent an updated address for an individual identified as a Class Member was found in the NCOA database, the updated address was used for the mailing of the Notice Packet.

10. ILYM Group was also required to perform a reverse look-up on 585 phone numbers that Defendant had provided and were included in 4,076,207 phone numbers ILYM was provided with. As a result of this look-up, ILYM Group was able to identify the names and addresses of 545 Class Members.

11. On March 11, 2015, in compliance with the Court's February 9, 2015 Order Granting Preliminary Approval of the Class Action Settlement, ILYM Group mailed notice to 3,666,588 Class members in the form of a postcard-type notice approved by the Court. Attached hereto as **Exhibit A**.

12. On March 11, 2015, ILYM Group caused to be published a press release, in order to provide additional notice to the Class Members. Attached hereto as **Exhibit B**.

13. On March 11, 201, ILYM Group caused to be published in USA Today, the Notice of Proposed Class Action Settlement, in order to provide additional notice to Class Members. Attached hereto as **Exhibit C**.

14. As of the date of this declaration, 390,574 postcards were returned to our office as undeliverable. Of the 390,574 postcards that were returned to us as undeliverable, 48,961 were returned with a forwarding address provided by the United States Postal Service and were promptly re-mailed to the forwarding address provided.

///

## CLAIMS RECEIVED

15. As of the date of this declaration, ILYM Group has received 107,134 valid timely Claims from the 4,076,207 Class Members in this matter. There are a total of 258 valid late Claims. The participation rate for valid timely Claims equates to 2.63%. With the addition of the 258 late claims, the rate would remain the same. I understand Class Counsel will request that these late claims be included in the group of Claims to be paid and we will wait to hear from the Parties and the Court as to whether the late claims will be accepted as valid and pay them or, if they are not to be included, we will not pay them, as instructed.

16. As explained in the Settlement Agreement and in my prior May 19, 2015 declaration, there were a group of individuals included in the Class that were called by Wells Fargo for whom Wells Fargo had only the cell phone numbers, but had no identifying records about the names or addresses of the owners of the cell phone numbers called. The number of the cell phones in that group was 409,619 ("Linked Numbers"). As of the date of this declaration, a total of 476 Class Members have filed a claim from that list. More specifically, fourteen (14) were received via the toll-free telephone number, and 462 were received via website submission.

17. As of the date of this declaration, a total of 124 received Claims have been deemed deficient for a number of reasons; including where the claimant provided a telephone number that was not listed in Defendant's records or they provided a Claim Identification Number that belonged to another Class Member. A deficiency letter has been sent to all of these individuals advising them of the deficient information and giving them the opportunity to cure their deficient claim. At this time, none of these deficient claims have been cured or deemed valid. Should any of these deficient claims be cured by the

date of final hearing, ILYM Group intends to include them in the total number of valid claims received.

## REQUESTS FOR EXCLUSION

18. As of the date of this declaration, ILYM Group has received a total of sixty-eight (68) requests for exclusion, all of which were received via U.S Mail. Of the sixty-eight (68) requests for exclusion that ILYM Group received, only fifty-nine (59) were deemed as valid requests for exclusion and nine (9) were deemed invalid, since they could not be found on the Class List or provide a telephone number listed on the Class List. Of the fifty-nine (59) requests for exclusions, nine (9) had previously submitted a Claim and have since wished to revoke their Claim and no longer partake in this settlement. The deadline to request for exclusion or object was extended per the Court's order from June 19th to June 29th, 2015. A list of the Class Members who have submitted a valid request for exclusion to date is attached hereto as **Exhibit D**.

## OBJECTIONS

19. As of the date of this declaration, ILYM Group has received eight (8) objections. These objections were submitted by Anne L. Card, Daniel Darnell, Douglas Kaye, Guye Reeder, C. Jeffrey Thut, Crystal Bowen-Poore, Charmain T. Schuh, and Ishaq Alkhair. A total of three (3) Objectors (Ishaq Alkhair, Crystal Bowen-Poore, and Guye E. Reeder) have since withdrawn their objections leaving five (5) remaining objections from Daniel Darnell, Douglas Kaye, Anne L. Card, Charmain T. Schuh, and C. Jeffrey Thut.

///
///
///
///
///

## COMPUTATION OF AMOUNT TO BE PAID PER CLAIM

20. I understand that the Court will be deciding the amounts to be awarded for attorneys' fees, costs of suit including the costs ILYM Group incurred for notice and claims administration, and for incentive awards, which amounts will be deducted from the $13,859,103.80 Settlement Fund. We attempted to determine the approximate amount to be paid per valid claimant based upon the final numbers we have for those fees and costs, both with and without the late claims. After deduction of the Settlement Costs as requested in the moving papers filed with the Court to date, including the Class Representative Fee Award of $1,500, Class Counsel Fees and costs request of $3,464,775.95, and Claims Administration costs of $2,768,727.56, the total amount available for distribution to the Class is $7,624,100.29 ($13,859,103.80 - $1,500 - $3,464,775.95 - $2,768,727.56). This would allow the timely claimants to receive a *pro rata* share in the amount of $71.16 each. If the Court allows the 258 late claims to be paid as well, each claimant would then receive $70.99.

## COST OF NOTICE AND CLAIMS ADMINISTRATION

21. I understand the costs of notice and claims administration are to be paid from the Settlement Fund, and a payment was made to ILYM Group by Wells Fargo shortly after the Preliminary Approval Order was entered, as per that Order, to allow payment of costs and fees related to the up-front costs and fees for noticing and claims administration.

22. On March 10, 2015, ILYM Group received a check from Defendant, Wells Fargo to cover the estimated up-front costs and fees for noticing and claims administration in the amount of $2,277,400.93. This payment was deposited into a designated account established solely for the handling of such administration costs. A true and correct copy of our costs for claims administration is attached hereto as **Exhibit E.**

23. ILYM Group has since incurred $491,326.63 in costs which also takes into account the costs incurred during the Claims period along with the costs associated with disbursement. The total amount of fees ILYM Group will incur for the administration of this settlement is $2,768,727.56. Based on our original estimated fees, $2,987,795.18, this will leave a remaining balance of $219,067.62 ($2,987,795.18 - $2,768,727.56) after all administration costs and fees have been paid. As stipulated in the Settlement Agreement, the remaining balance of $219,067.62 will revert to the Net Settlement Fund available to the Class.

I declare under penalty of perjury of the laws of California and the United States that the foregoing is true and correct, and that this declaration was executed in Las Vegas, NV on July 20, 2015

By: _____

LISA M. MULLINS