# EXHIBIT "B"



## TCPA Class Action Has Been Resolved

*For more information regarding this case, please visit: www.FranklinWellsfargoTCPA.com or contact ILYM Group, Inc.*

March 11, 2015 - ILYM Group Inc., a neutral third party that has been court appointed as Claims Administrator for this case, announces that Class Counsel, Douglas J. Campion, Joshua B. Swigart and Abbas Kazerounian have reached an agreement to resolve this class action pending against Wells Fargo Bank in federal court in California. The lawsuit alleges that Wells Fargo violated the Telephone Consumer Protection Act by calling cell phones using an automated dialer or with a prerecorded voice message related to credit card accounts. Under the terms of the settlement, Wells Fargo denies any liability but agreed to fund a $13,859,103.80 million settlement to fully resolve this matter without the time and expense of a court proceeding.

The settlement has been preliminarily approved by the U.S. District Court in the Southern District of California, Franklin v. Wells Fargo, N.A., case number 14-cv-2349 MMA (BGS) and is subject to the court's final approval. The Settlement Class consists of persons who allegedly received an autodialed call or a prerecorded voice message from Wells Fargo regarding an effort to collect on a consumer credit card account from November 1, 2009 to September 17, 2014.

The settlement fund, less attorneys' fees, litigation expenses, and costs of notice and claims administration as approved by the Court, will be distributed to Settlement. Class members who submit claims under procedures implemented by the Court overseeing the settlement.

Most persons included in the Settlement Class can be identified from Wells Fargo's records and will receive mailed notice of the settlement. Individuals who allegedly received such calls but cannot be identified from Wells Fargo's records will need to contact the Claims Administrator to determine if they are in the Settlement Class. For more information, go to www.FranklinWellsfargoTCPA.com.

MEDIA CONTACTS:
Class Counsel:
Law Offices of Douglas J. Campion APC
Douglas J. Campion: (619) 299-2091
franklinwf(at)djcampion(dot)com

Hyde & Swigart
Joshua B. Swigart: (619) 233-7770
josh(at)westcoastlitigation(dot)com

Kazerouni Law Group, APC
Abbas Kazerounian: (800) 400-6808
ak(at)kazlg(dot)com


Wells Fargo:
Name: Natalie Brown
Natalie(dot)m(dot)brown(at)wellsfargo(dot)com



**Contact Information**
**ILYM Group**
ILYM Group Inc.
http://www.ilymgroupclassaction.com
888-250-6810

Page 2/2

*If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears* here