# EXHIBIT "D"

**Lillian Franklin v. Wells Fargo Bank, N.A.**
**Exclusion List 7/20/15**
**Valid Exclusions**

| First Name | Last Name | First Name | Last Name |
|---|---|---|---|
| Heidi | Aker | Steven Paul | Orsetti |
| Alan | Aker | Soriya | Pen |
| Aramis | Arjona | Angel | Perez |
| Jose | Bacallao | Denise | Phillips |
| Deborah | Benson | Elizabeth A. | Quinn |
| Jeremy | Blackwell | Anacleta | Saikowski |
| Michelle | Bland | Cengiz | Sengel |
| Cyle | Botelho | Chanson | Shells |
| Richard | Bourgeois | Diocelina | Smith |
| Crystal | Bowen-Poore | Daniel | Sparks |
| David C. | Briggs | Erik | Tomlinson |
| Angela | Burkett | Shavonne | Troupe |
| Bryan | Casey | Chibuzo | Walton |
| Carrie | Casey | James | Warren |
| Bridget | Dezinno | James | Watkins |
| Michelle | Dias | Eric | Wirthlin |
| Lamonica | Dudley | Jose | Zamora |
| Barbara - Ruth | Dunbar | | |
| Nelson | Evans | | |
| Sandra M. | Gaunt | | |
| Julie | Henderson | | |
| Andrew | Hendrickson | | |
| E. | Hernandez | | |
| Kathryn | Heule | | |
| Roger | Hill | | |
| Marie | Hillsinger | | |
| Michael | Hoffman | | |
| Heather | Holman-Wratislaw | | |
| Diana M. | Jones | | |
| Rosalinda | Jose | | |
| John P. | Lacroix | | |
| Jai | Lee | | |
| Lawrance | Lheureuk | | |
| Eric | Light | | |
| Janice | Lima | | |
| Glenn A. | Maddox | | |
| Joan N. | Marmarellis | | |
| Rosa G. | Martel - Ortiz | | |
| Anastasie | Mbangue | | |
| George | Mcclure | | |
| Joseph | O'Malley | | |
| Yuli | Omura | | |