# EXHIBIT "E"



## Case Name: Franklin v. WF

| | |
|---|---|
| Requesting Attorneys Name: | Abbas Kazerounian, Esq. |
| Contact Number: | 800-400-6808  Ext: 2 |
| E-Mail: | ak@kazlg.com |
| Firm: | *KAZEROUNI LAW GROUP, APC* |
| ILYM Contact: | Lisa M. Mullins |
| E-Mail: | lisa@ilymgroupclassaction.com |
| Contact Number: | 714.878.8836 |

### FINAL COSTS FOR ADMINISTRATION SOLUTIONS

| OVERVIEW | |
|---|---:|
| Total # of Class Members | 4,279,470 |
| Total # of Class Member to Respond | 107,134 |
| Response Rate | 2.50% |
| Toll-Free Automation Services Included | Yes |
| Toll-Free Claimant Representative Included | Yes |
| Interactive Website | Yes |
| Case Duration (Months) | 24 |

| Activity | Rate Type | Unit Cost | Volume | Amount |
|---|---|---:|---:|---:|
| **CASE STARTUP** | | | | |
| Initial Setup - Import and Formatting of Data* | Hourly | $150.00 | 110 | $16,500.00 |
| Programming of Class Database | Hourly | $175.00 | 125 | $21,875.00 |

*ILYM assumes that data will be in a standard format. Client will be notified immediately if not in standard format to correct data or ILYM can convert to standard format @ $150.00 per hour.

| | | | **Subtotal** | **$38,375.00** |
|---|---|---|---:|---:|

| Activity | Rate Type | Unit Cost | Volume | Amount |
|---|---|---:|---:|---:|
| **PROJECT MANAGEMENT** | | | | |
| Project Manager (Case notification and maintenance) | Hourly | $130.00 | 85 | $11,050.00 |
| Staff Hours for Claims Processing | Hourly | $90.00 | 221 | $19,890.00 |
| Processing E-Claims | Hourly | $90.00 | 46 | $4,140.00 |
| Clarifying Claims and Responding to Mail | Per Hour | $120.00 | 190 | $22,800.00 |
| Report Processing | Hourly | $90.00 | 109 | $9,810.00 |
| NCOA | Flat Rate | $5,000.00 | 1 | $5,000.00 |
| CAFA's | Flat Rate | $5,083.64 | 1 | $5,083.64 |
| Spanish Translations | Flat Rate | $2,000.00 | 1 | $2,000.00 |
| Reverse Look-up | Per Number | $0.50 | 585 | $292.50 |
| | | | **Subtotal** | **$80,066.14** |

Case 3:14-cv-02349-MMA-BGS   Document 37-11   Filed 07/20/15   PageID.960   Page 3 of 5



# ILYM GROUP, Inc.
### SETTLEMENT ADMINISTRATION EXPERTS

| Activity | Rate Type | Unit Cost | Volume | Amount |
|---|---|---|---|---|
| **NOTIFICATION/MAILING** | | | | |
| 4x6 Postcard and initial mailing postage | Per Piece | $0.53 | 3,666,588 | $1,943,291.64 |
| Remail for Fwding addresses | Per Piece | $0.95 | 48,961 | $46,512.95 |
| Staff Hours for Re-Mails & Returned Mail | Per Hour | $75.00 | 150 | $11,250.00 |
| | | | **Subtotal** | **$1,989,804.59** |
| **MEDIA CAMPAIGN*** | | | | |
| USA Today Newspaper ( Mo-Th) B/W 1/4 page | Flat Rate | $50,000.00 | 1 | $50,000.00 |
| Press Release -PR Wire | Flat Rate | $500.00 | 1 | $500.00 |

*Rates are subject to change without prior notice. Space is subject to availability.

| | | | **Subtotal** | **$50,500.00** |
|---|---|---|---|---|
| **WEBSITE DEVELOPMENT and CALL CENTER SUPPORT** | | | | |
| Website Development and Updating | Setup Fee | $8,000.00 | 1 | $8,000.00 |
| Website Hosting | Monthly | $120.00 | 24 | $2,880.00 |
| eClaims Online Form Development | Flat Fee | $5,000.00 | 1 | $5,000.00 |
| IVR Setup | Setup Fee | $10,000.00 | 1 | $10,000.00 |
| IVR minutes | Per Minute | $0.16 | 358,005 | $57,280.80 |
| IVR Follow-up calls from voicemails | Per Call | $3.00 | 9,012 | $27,036.00 |
| Call Center Support - After checks have gone out | Per Call | $3.00 | 10,000 | $30,000.00 |
| Long Distance Minutes | Per Call | $0.16 | 50,000 | $8,000.00 |
| Call Center Support | Per Call | $3.00 | 71,601 | $214,803.00 |
| Long Distance Minutes | Per Minute | $0.16 | 286,404 | $45,824.64 |
| | | | **Subtotal** | **$408,824.44** |
| **DISTRIBUTION (Includes EIN, Bank Acct * /QSF Setup)** | | | | |
| Distribution Setup & Management | Hourly | $150.00 | 40 | $6,000.00 |
| Account Reconciliation & Distribution Reporting | Hourly | $125.00 | 40 | $5,000.00 |
| Check Stub & Release - Print & Mail (including 1099) | Per Check | $1.00 | 107,134 | $107,134.00 |
| Check Mailing Postage | Per Piece | $0.49 | 107,134 | $52,495.66 |
| Check Re-mails | Per Piece | $0.95 | 10,713 | $10,177.73 |
| Preparation of Taxes | Hourly | $150.00 | 40 | $6,000.00 |
| Annual Filing of Tax Return | Per Year | $2,000.00 | 2 | $4,000.00 |

*Additional Bank fees may apply

| | | | **Subtotal** | **$190,807.39** |
|---|---|---|---|---|



| Activity | Rate Type | Unit Cost | Volume | Amount |
|---|---|---|---|---|
| **CASE CONCLUSION** | | | | |
| Data Manager Final Reporting | Hourly | $100.00 | 30 | $3,000.00 |
| Project Manager Final Reporting | Hourly | $120.00 | 30 | $3,600.00 |
| Declaration | Hourly | $125.00 | 30 | $3,750.00 |
| | | | **Subtotal** | **$10,350.00** |

**TOTAL COSTS:** $2,768,727.56

# Terms and Conditions

Provisions: The Case Estimate is in good faith and does not cover any applicable taxes and fees. The estimate does not make provision for any services or class members/ size not delineated in the request for proposal or stipulations. Rates may increase should there be more class members. Proposal rates and amounts are subject to change upon further review, with Counsel/Client, of the settlement agreement. Only pre-approved changes will be charged when applicable.  No modifications may be made to this estimate without the approval of ILYM Group. All notifications are mailed out in English verbiage only unless specified otherwise. Additional costs will apply if translation for an additional language(s) is required. Rates to prepare and file taxes are for Federal and California State taxes only.  Additional charges will apply if the Settlement Agreement requires multiple state tax filing.  **Bid is good for 30 Days**.

Mailing and Data Conversion: The proposal assumes that data provided will be in ready-to-use condition and that all data is provided in a single, comprehensive spreadsheet. ILYM Group cannot be liable for any errors or omissions arising due to additional work required for preparation of the original database. A minimum of ten (10) business days is required for processing prior to the anticipated mailing date with an additional two (2) business days if a National Change of Address update is requested.

Payment Terms: All postage charges and 50% of the final administration charges are due at the start of the case and will be billed immediately upon receipt of the data and/or Notice Documents. ILYM Group, Inc. bills are due upon receipt unless otherwise negotiated and agreed to with Counsel/Client. In the event settlement terms provide that ILYM Group, Inc. is to be paid out of the Settlement Fund, ILYM Group, Inc. will request that Counsel endeavor to make alternate payment arrangements for ILYM Group, Inc. charges that are due at the onset of the case. The entire remaining balance is due and payable at the time the Settlement Account is funded by Defendant/Plaintiff, or no later than the time of disbursement.

Inclusion: ILYM Group, Inc.'s general policy is to not accept Claims via facsimile. However, in the event that facsimile filing of claims must be accepted, ILYM Group will not be held responsible for any issues and/or errors arising out of said filing. Furthermore, ILYM Group, Inc. will require disclaimer language regarding facsimile transmissions. ILYM Group, Inc. shall not be responsible for any issues caused by the U.S.P.S. ILYM Group, Inc. shall not make payments to any claimants without verified valid Social Security Numbers. All responses are held in strict confidentiality. ILYM Group cannot be held liable for Ads not being published due to content and or space limitations. All published pieces are subject to final approval by the Media Vendor. Some Media Vendors require notice at least 20 (business) days prior to printing due to publishing dates (Ie. Issue date: July 22, On Sale date: July 10).  Ad pricing is subject to change without notice. The ad size quoted for USA Today (print) is 5 columns x 11 inches (6.79" Wide x 11" Tall) Black & White. For a M-Thurs publication.