## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On July 20, 2015, I served the within document(s):

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**DECLARATION OF ABBAS KAZEROUNIAN;**

**DECLARATION OF JOSHUA B. SWIGART;**

**DECLARATION OF DOUGLAS J. CAMPION;**

**DECLARATION OF LISA M. MULLINS; EXHIBTS A-E; AND,**

**DECLARATION OF LILLIAN FRANKLIN**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of Arizona that the above is true and correct. Executed on July 20, 2015, at Costa Mesa, California.

                                                  ___/s/ Abbas Kazerounian___
                                                  ABBAS KAZEROUNIAN

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

PROOF OF SERVICE