# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN FRANKLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No:  14cv2349-MMA (BGS)<br><br>**NOTICE AND ORDER PROVIDING TENTATIVE RULING RE:**<br><br>**MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD**<br><br>[Doc. No. 20]<br><br>**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Doc. No. 37] |

Plaintiff's Motion for Attorneys' Fees, Costs, and Incentive Award, Doc. No. 20, and Plaintiff's Motion for Final Approval of Class Action Settlement, Doc. No. 37, are currently set for hearing on Monday, August 3, 2015, at 2:30 p.m.  Based on the motions, Defendant's responses to the motions, and the objections to the motions, the Court issues the following tentative ruling:

The Court tentatively **DEFERS** ruling on Plaintiff's motions.  The Court tentatively finds that the proposed settlement of this class action is appropriate for final approval pursuant to Federal Rule of Civil Procedure 23(e), that the proposed settlement appears to be the product of serious, informed, arms-length negotiations, and that the settlement was entered into in good faith.  However, the Court tentatively finds that it is unable to determine the reasonableness of Class Counsel's Attorneys'

| | |
|---|---|
| 1 | |
| 2 | Fees request without supplemental briefing.  The Court tentatively finds that the Class Representative award of $1,500 is reasonable. |
| 3 | **IT IS SO ORDERED**. |
| 4 | |
| 5 | Dated:  July 31, 2015 |
| 6 | |
| 7 | Hon. Michael M. Anello |
| 8 | United States District Judge |