Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew Loker, Esq. (SBN: 279929)
ml@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:   (800) 520-5523

Attorneys for Lillian Franklin and the Settlement Class

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LILLIAN FRANKLIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**PLAINTIFF,**<br><br>V.<br><br>**WELLS FARGO BANK, N.A.**<br><br>**DEFENDANT.** | Case No:14-cv-2349-MMA-BGS<br><br>**JOINT NOTICE OF WITHDRAWAL OF OBJECTION BY CLASS MEMBER ANNE CARD** |

Objector Anne Card, by and through her attorney of record, Matthew Kurilich, hereby withdraws her Objection to the Class Action Settlement. (Dkt. No. 22).

Respectfully submitted,

**Hyde & Swigart**

Date: July 31, 2015                By: /s/ Joshua B. Swigart
                                       Joshua B. Swigart
                                       Attorneys for Plaintiff and the
                                       Settlement Class

Date: July 31, 2015                By: /s/ Matthew Kurilich
                                       Matthew Kurilich
                                       Attorney for Objector

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Matthew Kurilich, counsel for Objector Anne Card, and that I have obtained his authorization to affix his electronic signature to this document.

**Hyde & Swigart**

Date: July 31, 2015                By: /s/ Joshua B. Swigart
                                       Joshua B. Swigart
                                       Attorneys for Plaintiff and the
                                       Settlement Class