# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN FRANKLIN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>WELLS FARGO BANK, N.A.,<br><br>　　　　　　　　　　Defendant. | Case No. 14cv2349-MMA (BGS)<br><br>**ORDER GRANTING WITHDRAWAL OF OBJECTIONS**<br><br>[Doc. Nos. 39, 41] |

Upon due consideration of the notices withdrawing the objections of Class Members Charmain Schuh and Anne Card, Doc. Nos. 39, 41, good cause appearing, the Court **GRANTS** the requests to withdraw their objections, Doc. Nos. 22, 31.

**IT IS SO ORDERED**.

Dated: July 31, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge